# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § | |
| | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO., INC. | § | |
| | § | |
| Defendants. | § | |
| ——————————————— | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01879-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| MAZDA MOTOR OF NORTH AMERICA, INC. | § | |
| | § | |
| Defendant. | § | |
| ——————————————— | § | |

## ORDER OF SUBSTITUTION

Upon the Unopposed Motion of Plaintiff Rothschild Connected Devices Innovations, LLC ("Plaintiff") seeking the substitution of Mazda Motor of America, Inc. d/b/a Mazda North American Operations in place of Mazda Motor of North America, Inc., the Court hereby enters the following order.

1.      Mazda Motor of America, Inc. d/b/a Mazda North American Operations is the proper party to this litigation and is HEREBY SUBSTITUTED for Defendant Mazda Motor of North America, Inc. as defendant in the above-captioned matter so that all claims made against Mazda Motor of North America, Inc. are now made against Mazda Motor of America, Inc. d/b/a Mazda North American Operations.

2.      Plaintiff's claims against Mazda Motor of North America, Inc. are hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

3.      Mazda Motor of America, Inc. d/b/a Mazda North American Operations shall have thirty (30) days after entry of this Order to file its responsive pleading.

**SIGNED this 18th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE