IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § § § Plaintiff, § § vs. § § AMERICAN HONDA MOTOR CO., INC. § § Defendant. § § _____ § ROTHSCHILD CONNECTED DEVICES § INNOVATIONS, LLC § § Plaintiff, § § vs. § § MERCEDES- BENZ USA, LLC § § Defendant. § _____ § | Case No: 2:15-cv-01877-JRG-RSP<br><br>LEAD CASE<br><br><br><br><br><br><br>Case No: 2:15-cv-01880-JRG-RSP<br><br>CONSOLIDATED CASE |

**PLAINTIFF ROTHSCHILD CONNECTED DEVICES
INNOVATIONS, LLC's ANSWER TO COUNTERCLAIMS
OF DEFENDANT MERCEDES- BENZ USA, LLC**

Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") respectfully submits this Answer to the counterclaims asserted by Mercedes-Benz USA, LLC ("Mercedes") in its Answer to First Amended Complaint and Counterclaims ("Answer").

**COUNTERLCLAIMS**

**NATURE OF THE LAWSUIT**

1.      RCDI admits that Mercedes is seeking declaratory judgment of non-infringement and invalidity.  RCDI denies the remaining allegations contained in paragraph 1.

1

## PARTIES

2.	RCDI is without sufficient knowledge to form a belief as to the allegations contained in paragraph 2 and, therefore, denies same.

3.	Admitted.

## JURISDICTION AND VENUE

4.	RCDI admits that this Court has subject matter jurisdiction over the counterclaims and that this is a compulsory counterclaim.  RCDI denies the remaining allegations contained in paragraph 4.

5.	RCDI admits that venue is proper in this judicial district.  RCDI denies the remaining allegations contained in paragraph 5.

6.	Admitted.

## COUNT I

### (Declaration of Non-Infringement)

7.	RCDI incorporates its answers to paragraphs 1-6 herein.

8.	RCDI admits that it has accused Mercedes of infringing claim 1 of the '090 Patent and that a case or controversy exists as to infringement of claim of the '090 Patent. RCDI denies the remaining allegations contained in paragraph 8.

9.	Denied.

## COUNT II

### (Declaration of Invalidity)

10.	RCDI incorporates its answers to paragraphs 1-9 herein.

11.	Denied.

## **PRAYER FOR RELIEF**

To the extent that any response is required to the Request for Relief, RCDI denies that Defendant is entitled to judgment or any of the relief it has requested.

Dated: March 3, 2016 Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2016.

/s/ Jay Johnson
Jay Johnson