IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § | |
| Plaintiff, | § | C.A. No. 2:15-cv-1877-JRG-RSP |
| v. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | § § § | |
| Defendants. | § | |

## JOINT NOTICE OF COMPLIANCE WITH STANDING ORDER REGARDING MOTIONS UNDER 35 U.S.C § 101

Pursuant to the Court's Standing Order Regarding Motions Under 35 U.S.C. § 101, Plaintiff, Rothschild Connected Devices Innovations, LLC, and Defendants, Subaru of America, Inc., Volvo Cars of North America, LLC, BMW of North America, LLC, Toyota Motor Sales U.S.A., Inc., Honda of America Mfg., Inc. and American Honda Motor Co., Inc., FCA US LLC, Rheem Manufacturing Company, Smartlabs, Inc. d/b/a Insteon, T-Mobile USA, Inc., and Mercedes-Benz USA, LLC, submit the attached letter as Exhibit 1 outlining the parties' respective positions.

Dated:  March 4, 2016

Respectfully submitted,

*/s/ Mathew D. Satchwell*
Matthew D. Satchwell
Illinois Bar No. 6290672
**DLA PIPER LLP**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
312.368.2111 – Office
312.326.7516 – Facsimile
matthew.satchwell@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
**DLA PIPER LLP**
1000 Louisiana, Suite 2800
Houston, TX 77002
713.425.8454 – Office
713.300.6054 – Facsimile
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANT VOLVO CARS OF NORTH AMERICA, LLC AND SUBARU OF AMERICA, INC.**

*/s/ Michael K. Friedland*
Michael K. Friedland
*(Admitted Pro Hac Vice)*
Lauren Keller Katzenellenbogen
*(Admitted Pro Hac Vice)*
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502
michael.friedland@knobbe.com
lauren.katzenellenbogen@knobbe.com

**ATTORNEYS FOR SMARTLABS, INC. D/B/A INSTEON**

*/s/ Thomas W. Winland*
Thomas W. Winland
James R. Barney
Jose Recio

FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
tom.winland@finnegan.com
james.barney@finnegan.com
jose.recio@finnegan.com

Thomas E. Ganucheau
State Bar No. 00784104
Leslie Honey Tronche
State Bar No. 24078681
BECK | REDDEN LLP
1221 McKinney St. Suite 4500
Houston, Texas 77010
Telephone: 713.951.6219
Facsimile: 713.951.3720
tganucheau@beckredden.com
ltronche@beckredden.com

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR SALES U.S.A., INC.**

By: /s/ *Jeffrey S. Patterson*
Jeffrey S. Patterson
Texas Bar No. 15596700
jpatterson@hdbdlaw.com
Sean N. Hsu
Texas Bar No. 24056952
shsu@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway
Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118

**ATTORNEYS FOR DEFENDANTS HONDA OF AMERICA MFG., INC. and AMERICAN HONDA MOTOR CO., INC.**

By: /s/ *Frank C. Cimino, Jr.*
J. Thad Heartfield
State Bar No. 09346800
thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Frank C. Cimino, Jr.
FCCimino@venable.com
Megan S. Woodworth
MSWoodworth@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

**COUNSEL FOR DEFENDANT FCA US LLC**

/s/ *John R. Emerson*
John R. Emerson
State Bar No. 24002053
Matthew P. Chiarizio
State Bar No. 24087294
Bethany K. Hrischuk
State Bar No. 24097851
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Telecopier: 214-651-5940
E-mail: russ.emerson@haynesboone.com
E-mail:  matt.chiarizio@haynesboone.com
E-mail: bethany.hrischuk@haynesboone.com

**ATTORNEYS FOR RHEEM MANUFACTURING COMPANY**

By: */s/ Alex V. Chachkes*
Alex V. Chachkes (NY Bar No. 3035078)
achachkes@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

EAST\122088092.1

3

51 W 52nd Street
New York, New York 10019-6142
Telephone: +1-212-506-5000
Facsimile: +1-212-506-5151

Mark S. Parris (Pro Hac Vice)
mparris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301

Lillian J. Mao (CA Bar No. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.**

By: */s/ Lionel M. Lavenue*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
(571) 203-2700
lionel.lavenue@finnegan.com

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C.
(202) 408-4000
ben.cassady@finnegan.com

**ATTORNEYS FOR DEFENDANT BMW OF NORTH AMERICA, LLC**

By: */s/ Edward J. DeFranco*
Edward J. DeFranco
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
eddefranco@quinnemanuel.com

Jeffrey S. Gerchick
Brett N. Watkins
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001-3706
Telephone: 202.538.8000
Facsimile: 202.538.8100
jeffgerchick@quinnemanuel.com
brettnwatkins@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT MERCEDES-BENZ USA, LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on March 4, 2016, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Matthew D. Satchwell*
Matthew D. Satchwell