IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC, | § § | |
| Plaintiff, | § | C.A. No. 2:15-cv-1877-JRG-RSP |
| v. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC., *et al.*, | § § § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

Defendants respectfully file this Unopposed Motion for Extension of Time for All Parties to File a Proposed Protective Order.

Pursuant to the Court's Docket Control Order, the deadline for the parties to file their proposed Protective Order is March 14, 2016. Defendants respectfully request an extension until Thursday, March 17, 2016 to finalize negotiations amongst themselves and with the Plaintiff, and to file a proposed Protective Order.

Plaintiff has indicated that it will not oppose Defendants' motion for extension. This request is not made for purposes of delay, and will not affect any other case deadlines.

WHEREFORE, Defendants pray that the Court enter an order extending the time to file a proposed protective order in this matter to March 17, 2016.

| | |
|---|---|
| Dated:  March 14, 2016 | Respectfully submitted, |

/s/ Mathew D. Satchwell
Matthew D. Satchwell
Illinois Bar No. 6290672
**DLA PIPER LLP**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
312.368.2111 – Office
312.326.7516 – Facsimile
matthew.satchwell@dlapiper.com

Dawn M. Jenkins
State Bar No. 24074484
**DLA PIPER LLP**
1000 Louisiana, Suite 2800
Houston, TX 77002
713.425.8454 – Office
713.300.6054 – Facsimile
dawn.jenkins@dlapiper.com

**ATTORNEYS FOR DEFENDANTS VOLVO CARS OF NORTH AMERICA, LLC AND SUBARU OF AMERICA, INC.**

/s/ Michael K. Friedland
Michael K. Friedland
*(Admitted Pro Hac Vice)*
Lauren Keller Katzenellenbogen
*(Admitted Pro Hac Vice)*
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile:  (949) 760-9502
michael.friedland@knobbe.com
lauren.katzenellenbogen@knobbe.com

**ATTORNEYS FOR SMARTLABS, INC. D/B/A INSTEON**

/s/ Thomas W. Winland
Thomas W. Winland
James R. Barney
Jose Recio

FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400
tom.winland@finnegan.com
james.barney@finnegan.com
jose.recio@finnegan.com

Thomas E. Ganucheau
State Bar No. 00784104
Leslie Honey Tronche
State Bar No. 24078681
BECK | REDDEN LLP
1221 McKinney St. Suite 4500
Houston, Texas 77010
Telephone: 713.951.6219
Facsimile: 713.951.3720
tganucheau@beckredden.com
ltronche@beckredden.com

**ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR SALES U.S.A., INC.**

By: /s/ *Jeffrey S. Patterson*
Jeffrey S. Patterson
Texas Bar No. 15596700
jpatterson@hdbdlaw.com
Sean N. Hsu
Texas Bar No. 24056952
shsu@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
8750 North Central Expressway
Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118

**ATTORNEYS FOR DEFENDANTS HONDA OF AMERICA MFG., INC. and AMERICAN HONDA MOTOR CO., INC.**

By: /s/ *Frank C. Cimino, Jr.*
J. Thad Heartfield
State Bar No. 09346800
thad@heartfieldlawfirm.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Frank C. Cimino, Jr.
FCCimino@venable.com
Megan S. Woodworth
MSWoodworth@venable.com
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

**COUNSEL FOR DEFENDANT FCA US LLC**

/s/ *John R. Emerson*
John R. Emerson
State Bar No. 24002053
Matthew P. Chiarizio
State Bar No. 24087294
Bethany K. Hrischuk
State Bar No. 24097851
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Telecopier: 214-651-5940
E-mail: russ.emerson@haynesboone.com
E-mail:  matt.chiarizio@haynesboone.com
E-mail: bethany.hrischuk@haynesboone.com

**ATTORNEYS FOR RHEEM MANUFACTURING COMPANY**

By: */s/ Alex V. Chachkes*
Alex V. Chachkes (NY Bar No. 3035078)
achachkes@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

51 W 52nd Street
New York, New York  10019-6142
Telephone:  +1-212-506-5000
Facsimile:  +1-212-506-5151

Mark S. Parris (Pro Hac Vice)
mparris@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone:  +1-206-839-4300
Facsimile: +1-206-839-4301

Lillian J. Mao (CA Bar No. 267410)
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1-650-614-7400
Facsimile:  +1-650-614-7401

**ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC.**

By: */s/ Lionel M. Lavenue*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
(571) 203-2700
lionel.lavenue@finnegan.com

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C.
(202) 408-4000
ben.cassady@finnegan.com

**ATTORNEYS FOR DEFENDANT BMW
OF NORTH AMERICA, LLC**

By: */s/ Edward J. DeFranco*
Edward J. DeFranco
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
eddefranco@quinnemanuel.com

Jeffrey S. Gerchick
Brett N. Watkins
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001-3706
Telephone:  202.538.8000
Facsimile: 202.538.8100
jeffgerchick@quinnemanuel.com
brettnwatkins@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT MERCEDES-BENZ USA, LLC**


**DUANE MORRIS LLP**

/s/ *Matthew Yungwirth*
L. Norwood Jameson (Ga. Bar No. 003970)
Matthew Yungwirth (Ga. Bar No. 783597)
David Dotson (Ga. Bar No. 138040)
S. Neil Anderson (Ga. Bar No. 757113)
1075 Peachtree St. NE; Suite 2000
Atlanta, GA 30309-3929
Telephone: 404.253.6900

Michael E. Jones (Texas Bar No. 10929400)
POTTER MINTON PC
110 N College, Suite 500
Tyler, TX 75710-0359
Telephone:  930-597-8311

*Counsel for Cellco Partnership d/b/a Verizon Wireless*

*/s/ Allen Gardner*
Allen Gardner
State Bar No. 24043679
**Gillam & Smith LLP**
110 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
allen@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT HYUNDAI MOTOR AMERICA**


*/s/ Timothy S. Durst*
Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Douglas M. Kubehl
Texas Bar No. 00796909
doug.kubehl@bakerbotts.com
Ross G. Culpepper
Texas Bar No. 24069559
ross.culpepper@bakerbotts.com
Monica Hughes
Texas Bar No. 24087768
monica.hughes@bakerbotts.com
Jerry D. Tice, II
Texas Bar No. 24093263
jerry.tice@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas  75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

**ATTORNEYS FOR CONSOLIDATED DEFENDANT AND CONSOLIDATED COUNTER CLAIMANT AT&T MOBILITY LLC**

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed electronically on March 14, 2016, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                              */s/ Matthew D. Satchwell*
                                              Matthew D. Satchwell