ROTHSCHILD CONNECTED DEVICES
INNOVATIONS, LLC

§
§
§

     Plaintiff,   §   Case No: 2:15-cv-01877-JRG-RSP
        §

vs.   §   LEAD CASE
        §

AMERICAN HONDA MOTOR CO.,
INC. et al

§
§
§

     Defendant.   §

§

ROTHSCHILD CONNECTED DEVICES
INNOVATIONS, LLC

§
§
§

     Plaintiff,   §   Case No: 2:15-cv-01874-JRG-RSP
        §

vs.   §   CONSOLIDATED CASE
        §

BMW OF NORTH AMERICA, LLC   §
        §

     Defendant.   §

§

## MOTION TO DISMISS DEFENDANT BMW OF NORTH AMERICA, LLC. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("Rothschild") files this Motion to Dismiss Defendant BMW of North America, LLC With Prejudice.

Wherefore, Rothschild moves this Court to dismiss this action and all claims by and between parties, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Plaintiff has attempted to meet and confer regarding this motion, but has not received a response from Defendant's counsel.

Dated: April 20, 2016                Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 20, 2016.

*/s/ Jay Johnson*
Jay Johnson