**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § | | |
| Plaintiff, § | 2:15-cv-01877-JRG-RSP | |
| § | | |
| v. § | (LEAD CASE) | |
| § | | |
| AMERICAN HONDA MOTOR CO., INC., § *et al.* § | PATENT CASE | |
| Defendants. § | | |
| _____§ | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS AND EXTENSION OF STAY

Defendants American Honda Motor Co., Inc. and Honda of America Manufacturing, Inc. ("Honda") respectfully request an extension of 15 days to the stay of all deadlines for the parties to submit dismissal papers accordingly. The parties are still finalizing settlement, and Honda needs additional time due to national holidays in Japan from April 29 through May 5, 2016. Honda states the extension is requested to accommodate for these office closures and not sought for the purpose of delay. This stay will not affect any deadlines among RCDI and the remaining defendant parties in this consolidated action.

Honda has conferred with Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") regarding the relief requested in this motion, and RCDI is not opposed. Accordingly, Honda respectfully requests an extension until May 26, 2016 for the parties to file dismissal papers.[1]

---

[1] Accordingly, Honda also respectfully requests the Court's status hearing, currently scheduled for May 12, 2016, be continued until a date after May 26, 2016 that is convenient for the Court's schedule.

Dated: May 5, 2016	Respectfully submitted,

>	*/s/ Sean N. Hsu*
>	**JEFFREY S. PATTERSON, LEAD COUNSEL**
>	State Bar No. 15596700
>	jpatterson@hdbdlaw.com
>	**SEAN N. HSU**
>	State Bar No. 24056952
>	shsu@hdbdlaw.com
>	**HARTLINE DACUS BARGER DREYER LLP**
>	8750 North Central Expressway, Suite 1600
>	Dallas, Texas  75231
>	(214) 369-2100
>	(214) 369-2118 (fax)
>
>	**ATTORNEYS FOR DEFENDANTS AMERICAN HONDA MOTOR CO., INC. AND HONDA OF AMERICA MANUFACTURING, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on May 5, 2016.

>	*/s/ Sean N. Hsu*
>	Sean N. Hsu