# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,** | § § § | |
| Plaintiff, | § | No. 15-CV-1877-JRG-RSP |
| v. | § § | **LEAD CASE** |
| **AMERICAN HONDA MOTOR CO., INC.,** *et al.*, | § § § § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF COMPLIANCE

Pursuant to Patent Rule 4-1 and the Court's Docket Control Order of March 14, 2016 (Docket No. 70), Defendants Subaru of America, Inc., Volvo Cars of North America, LLC, Cellco Partnership d/b/a Verizon Wireless, FCA US LLC, Mercedes-Benz USA, LLC, T-Mobile USA, Inc., and Toyota Motor Sales USA, Inc. hereby notify the Court that they have complied and served Plaintiff with their P.R. 4-1 disclosures on May 18, 2016, via electronic mail.

Dated:  May 19, 2016

Respectfully submitted,

By: */s/ Dawn M. Jenkins*
Matthew D. Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
**DLA PIPER LLP (US)**
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
Telephone: 312.368.2111
Facsimile: 312.326.7516

Dawn M. Jenkins
State Bar No. 24074484
dawn.jenkins@dlapiper.com
**DLA PIPER LLP (US)**

1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8454
Facsimile: 713.300.6054

Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

**ATTORNEYS FOR DEFENDANTS VOLVO CARS OF NORTH AMERICA, LLC**, AND **SUBARU OF AMERICA, INC.**


*By: /s/ Jonathan Falkler (w/permission)*
Frank C Cimino , Jr
Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4569
Fax: 202-344-8300
Email: FCCimino@venable.com

Megan S Woodworth
Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4507
Fax: 202-344-8300
Email: MSWoodworth@venable.com

J Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@heartfieldlawfirm.com

Jonathan Falkler

Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4503
Fax: 202-344-8300
Email: jlfalkler@venable.com

**ATTORNEYS FOR FCA US LLC**

*By: /s/ Brett Watkins (w/permission)*
Edward J DeFranco
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave
22nd Floor
New York, NY 10012
212/849-7106
Fax: 212/849-7100
Email: eddefranco@quinnemanuel.com

Jeffrey Stuart Gerchick
Brett Nelson Watkins
Quinn, Emanuel, Urquhart & Sullivan LLP
777 6th Street, NW
11th Floor
Washington, DC 20001
202-538-8000
Fax: 202-538-8100
jeffgerchick@quinnemanuel.com
brettwatkins@quinnemanuel.com

**ATTORNEYS FOR MERCEDES-BENZ USA, LLC**

*By: /s/ Lillian Mao (w/permission)*
Alex Verbin Chachkes
Orrick Herrington & Sutcliffe- New York
666 Fifth Avenue
New York, NY 10103-0001
212/506-3748
Fax: 212/506-5151
Email: achachkes@orrick.com

Lillian Mao
Orrick Herrington & Sutcliffe - Menlo Park

1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax: 650-614-7401
Email: lmao@orrick.com

Mark S Parris
Orrick, Herrington & Sutcliffe LLP - Seattle
701 Fifth Avenue
Suite 5600
Seattle, WA 98104
206.839.7300
Fax: 206.839.4301
Email: mparris@orrick.com

**ATTORNEYS FOR T-MOBILE USA, INC.**


*By: /s/ Thomas W. Winland (w/permission)*
Thomas W. Winland
Finnegan Henderson Farabow Garrett & Dunner
LLP-DC
901 New York Ave, NW
Washington, DC 20001
202/408-4085
Fax: 202/408-4400
Email: tom.winland@finnegan.com

James R. Barney
Finnegan Henderson Farabow Garrett & Dunner
LLP-DC
901 New York Ave, NW
Washington, DC 20001
202/408-4000
Fax: 202/408-4400
Email: james.barney@finnegan.com

Jose M. Recio
Finnegan Henderson Farabow Garrett & Dunner
LLP-DC
901 New York Ave, NW
Washington, DC 20001
202.408.4126
Fax: 202.408.4400
Email: jose.recio@finnegan.com

Leslie H Tronche
Beck Redden LLP - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
713-951-3700
Fax: 713-951-3720
Email: ltronche@beckredden.com

Thomas Edward Ganucheau
Beck Redden & Secrest LLP
One Houston Center
1221 McKinney St, Suite 4500
Houston, TX 77010-2020
713/951-3700
Fax: 17139513720
Email: tganucheau@brsfirm.com

**ATTORNEYS FOR TOYOTA MOTOR SALES USA, INC.**


*By: /s/ David C. Dotson (w/permission)*
Matthew Sean Yungwirth
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6935
Fax: 404/253-6901
Email: msyungwirth@duanemorris.com

David C Dotson
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000

Atlanta, GA 30309-3929
404/253-6982
Fax: 404/253-6901
Email: dcdotson@duanemorris.com

Louis Norwood Jameson
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com

Michael E Jones
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

S Neil Anderson
Duane Morris LLP - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404-253-6900
Fax: 404-253-6901
Email: snanderson@duanemorris.com

**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS**

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2016, I served the foregoing document via email on the attorneys of record for Plaintiff Rothschild Connected Devices Innovations, LLC.

*/s/  Dawn M. Jenkins*
Dawn M. Jenkins