## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO., INC. | § § | |
| | § | |
| Defendant. | § § | |
| _____ | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT AMERICA HONDA MOTOR CO., INC. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement ("Settlement Agreement"), Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") files this Unopposed Motion to Dismiss Defendant American Honda Motor Co., Inc. With Prejudice.  According to the terms of the Settlement Agreement, all claims between the parties have been resolved.

Wherefore, Rothschild moves this Court to dismiss this action and all claims by and between parties, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith. RCDI further moves the Court to retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement.

Dated: May 25, 2016

Respectfully submitted,

*/s/ Jay Johnson*

**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on May 24, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 25, 2016.

*/s/ Jay Johnson*
Jay Johnson