IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendant. | § § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Defendant American Honda Motor Co., Inc. It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. It is further ORDERED that the court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**SIGNED this 27th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE