IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., *et al.*,<br><br>                      Defendants. | Case No: 2:15-cv-1877-JRG-RSP<br><br>**LEAD CONSOLIDATED CASE** |

## **DEFENDANTS' NOTICE OF COMPLIANCE REGARDING PR 4-2 DISCLOSURES**

Pursuant to Patent Rule 4-2 and the Court's March 14, 2016 Amended Docket Control Order (Dkt. No. 70), notice is hereby given that, on June 8, 2016, Defendants Subaru of America, Inc., Volvo Cars of North America, LLC, Cellco Partnership d/b/a Verizon Wireless, FCA US LLC, T-Mobile USA, Inc. and Toyota Motor Sales USA, Inc. served their Preliminary Claim Constructions and Extrinsic Evidence via electronic mail upon counsel for Plaintiff Rothschild Connected Devices Innovations, LLC.

Dated: June 9, 2016

Respectfully submitted by,

*/s/ Jonathan L. Falkler, with permission by Michael E. Jones*
Frank C. Cimino , Jr
Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4569
Fax: 202-344-8300
Email: FCCimino@venable.com

Megan S. Woodworth
Venable LLP
575 7th Street, NW
Washington, DC 20004

202-344-4507
Fax: 202-344-8300
Email: MSWoodworth@venable.com

J. Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@heartfieldlawfirm.com

Jonathan Falkler
Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4503
Fax: 202-344-8300
Email: jlfalkler@venable.com

**ATTORNEYS FOR FCA US LLC**

*/s/ Dawn M. Jenkins, with permission by Michael E. Jones*
Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

Matthew D. Satchwell
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
DLA PIPER LLP (US)
203 N. LaSalle St., Suite 1900
Chicago, IL 60601-1293
Telephone: 312.368.2111
Facsimile: 312.326.7516

Dawn M. Jenkins
State Bar No. 24074484
dawn.jenkins@dlapiper.com
DLA PIPER LLP (US)

2

1000 Louisiana, Suite 2800
Houston, TX 77002
Telephone: 713.425.8454
Facsimile: 713.300.6054

**ATTORNEYS FOR DEFENDANTS VOLVO CARS OF NORTH AMERICA, LLC, AND SUBARU OF AMERICA, INC.**

*/s/ Alex V. Chachkes, with permission by Michael E. Jones*
Alex Verbin Chachkes
Orrick Herrington & Sutcliffe- New York
666 Fifth Avenue
New York, NY 10103-0001
212/506-3748
Fax: 212/506-5151
Email: achachkes@orrick.com

Lillian Mao
Orrick Herrington & Sutcliffe - Menlo Park
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax: 650-614-7401
Email: lmao@orrick.com

Mark S. Parris
Orrick, Herrington & Sutcliffe LLP - Seattle
701 Fifth Avenue
Suite 5600
Seattle, WA 98104
206.839.7300
Fax: 206.839.4301
Email: mparris@orrick.com

**ATTORNEYS FOR T-MOBILE USA, INC.**

*/s/ Thomas W. Winland, with permission by Michael E. Jones*
Thomas W. Winland
Finnegan Henderson Farabow Garrett & Dunner LLP-DC
901 New York Ave, NW

Washington, DC 20001
202/408-4085
Fax: 202/408-4400
Email: tom.winland@finnegan.com

James R. Barney
Finnegan Henderson Farabow Garrett &
Dunner LLP-DC
901 New York Ave, NW
Washington, DC 20001
202/408-4000
Fax: 202/408-4400
Email: james.barney@finnegan.com

Jose M. Recio
Finnegan Henderson Farabow Garrett &
Dunner LLP-DC
901 New York Ave, NW
Washington, DC 20001
202.408.4126
Fax: 202.408.4400
Email: jose.recio@finnegan.com

Leslie H. Tronche
Beck Redden LLP - Houston
1221 McKinney
Suite 4500
Houston, TX 77010-2010
713-951-3700
Fax: 713-951-3720
Email: ltronche@beckredden.com

Thomas Edward Ganucheau
Beck Redden & Secrest LLP
One Houston Center
1221 McKinney St, Suite 4500
Houston, TX 77010-2020
713/951-3700
Fax: 17139513720
Email: tganucheau@brsfirm.com

**ATTORNEYS FOR TOYOTA MOTOR SALES USA, INC.**

/s/ *Michael E. Jones*
Matthew Sean Yungwirth
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6935
Fax: 404/253-6901
Email: msyungwirth@duanemorris.com

David C. Dotson
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6982
Fax: 404/253-6901
Email: dcdotson@duanemorris.com

Louis Norwood Jameson
Duane Morris - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404/253-6915
Fax: 404/253-6901
Email: wjameson@duanemorris.com

Michael E. Jones
Potter Minton, a Professional Corporation
110 N College Avenue
Suite 500
Tyler, TX 75702
903-597-8311
Fax: 903-593-0846
Email: mikejones@potterminton.com

S. Neil Anderson
Duane Morris LLP - Atlanta
1075 Peachtree Street, NE
Suite 2000
Atlanta, GA 30309-3929
404-253-6900
Fax: 404-253-6901
Email: snanderson@duanemorris.com

**ATTORNEYS FOR CELLCO**
**PARTNERSHIP D/B/A VERIZON**
**WIRELESS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 9, 2016.

*/s/ Michael E. Jones*