IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC <br><br>     Plaintiff, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC. <br><br>     Defendant. | Case No: 2:15-cv-01877-JRG-RSP <br><br> LEAD CASE |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC <br><br>     Plaintiff, <br><br> vs. <br><br> SMARTLABS, INC. d/b/a INSTEON <br><br>     Defendant. | Case No: 2:15-cv-01573-JRG-RSP <br><br> CONSOLIDATED CASE |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss without prejudice Defendant Smartlabs, Inc. d/b/a Insteon pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice.

SO ORDERED

**SIGNED this 10th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE