**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC § § § | | |
| Plaintiff, § | Case No: 2:15-cv-01877-JRG-RSP | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| AMERICAN HONDA MOTOR CO., INC. § and HONDA OF AMERICA MFG., INC. § § | | |
| Defendants. § § | | |
| ROTHSCHILD CONNECTED DEVICES § INNOVATIONS, LLC § § | | |
| Plaintiff, § | Case No: 2:15-cv-01574-JRG-RSP | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| NEXIA INTELLIGENCE, LLC § § | | |
| Defendant. § § | | |

**MOTION TO DISMISS DEFENDANT NEXIA INTELLIGENCE, INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLP ("RCDI") files this Unopposed Motion to Dismiss Defendant Nexia Intelligence, Inc. Without Prejudice. Plaintiff notes that Defendants have filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff moves this Court to dismiss this action and all claims by RCDI against Nexia Intelligence, Inc. without prejudice, with each party to bear its own costs, attorneys' fees

and other litigation expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: June 16, 2016                              Respectfully submitted,

                                               */s/ Jay Johnson*
                                               **JAY JOHNSON**
                                               State Bar No. 24067322
                                               **BRAD KIZZIA**
                                               State Bar No. 11547550
                                               **ANTHONY RICCIARDELLI**
                                               State Bar No. 24070493
                                               **KIZZIA JOHNSON PLLC**
                                               1910 Pacific Ave., Suite 13000
                                               Dallas, TX 75201
                                               (214) 451-0164
                                               Fax: (214) 451-0165
                                               jay@kjpllc.com
                                               bkizzia@kjpllc.com
                                               anthony@kjpllc.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 16, 2016.

                                               */s/ Jay Johnson*
                                               Jay Johnson