## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendant. | § § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01881-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| SUBARU OF AMERICA, INC. | § § § | |
| Defendant. | § § § | |

### UNOPPOSED MOTION TO DISMISS DEFENDANT SUBARU OF AMERICA, INC. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure Rothschild Connected Devices Innovations, LLC ("RCDI") files this Unopposed Motion to Dismiss Defendant Subaru of America, Inc. With Prejudice. All claims between the parties have been resolved.

Wherefore, Rothschild moves this Court to dismiss this action and all claims by and between parties, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: July 12, 2016                        Respectfully submitted,

                                            */s/ Jay Johnson*
                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **BRAD KIZZIA**
                                            State Bar No. 11547550
                                            **ANTHONY RICCIARDELLI**
                                            State Bar No. 24070493
                                            **KIZZIA JOHNSON PLLC**
                                            1910 Pacific Ave.
                                            Suite 13000
                                            Dallas, TX 75201
                                            (214) 451-0164
                                            Fax: (214) 451-0165
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com
                                            anthony@kjpllc.com

                                            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 12, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                            */s/ Jay Johnson*
                                            Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 12, 2016.

                                            */s/ Jay Johnson*
                                            Jay Johnson