IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendant. | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01879-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| MAZDA MOTOR OF AMERICA, INC. d/b/a MAZDA NORTH AMERICA OPERATIONS | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims between Rothschild Connected Devices Innovations, LLC and Mazda Motor of America, Inc. d/b/a Mazda North America Operations are dismissed with prejudice, each party to bear its own fees and costs.

SO ORDERED

**SIGNED this 1st day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE